AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JORGE GARCIA, JR.,

*Plaintiff*

v.

BENTON COUNTY CHIEF; BENTON COUNTY PROPERTY EVIDENCE; ANDY MILLER; BENTON COUNTY DRUG TASK FORCE; RICK RUNGE; BENTON COUNTY POLICE DEPARTMENT CHIEF; BENTON COUNTY SUPERIOR COURTS; JORGE GARCIA; BENTON COUNTY SHERIFF; DEPARTMENT OF CORRECTIONS; SGT MURRY; METRO TASK DRUG FORCE SIEZER DEPARTMENT; DEA; TYLER MCMULLEN; CO FRENCH; TERRY J. BLOOR; KRISTIN MCROBERTS; and MEGAN A. WHITMIRE,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2021

SEAN F. McAVOY, CLERK

Civil Action No. 4:21-CV-05063-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for voluntary dismissal.

Date: 8/31/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez